BEFORE THE FIRST DIVISION, APRIL 7, 1949

**No. 53002.**—G. D. Searle & Co. et al. *v.* United States, protests 137678–K, etc. (New York).

Opinion by Cole, J. It was stipulated that the merchandise is the same in all material respects as the concentrated ox gall the subject of *G. D. Searle & Co.* v. *United States* (21 Cust. Ct. 112, C. D. 1138). The claim for free entry under paragraph 1669 was therefore sustained.